IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY BROOKS,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE,
Respondent.

No. 79237

FILED

AUG 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of mandamus seeking an order directing the district court to file the motions petitioner contends he has submitted below.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Therefore, without deciding on the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRS 34.160; NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228,

19-33407

88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc:    Anthony Brooks
        Attorney General/Carson City
        Washoe District Court Clerk